■ In the Matter of BARCELONA APARTMENTS, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator which reduced the maximum rent of a housing accommodation by 25 cents a month for a decrease in service, the appeal is from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of the Arbitration between BOULEVARD FUNERAL PARLORS, INC., Appellant, and METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC., Respondent.— Appeal from an order denying appellant's application to stay arbitration. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of HORACE HARDING EXPRESSWAY, in the Borough of Queens. SOCONY MOBIL OIL COMPANY, INC., Appellant.— In a proceeding to condemn real property, the appeal is from so much of a final decree as overruled appellant's objections to a tentative decree, and made an award of $115,000 for damage parcels owned by appellant. Decree insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.